```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08475
   NIKITA A SMITH
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2428

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/09/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT   INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
ALLIANCE ONE                 UNSECURED      NOT FILED           .00            .00
AMERICAS RECOVERY NETWOR     UNSECURED      NOT FILED           .00            .00
AMERICAS RECOVERY NETWOR     UNSECURED      NOT FILED           .00            .00
AMERICAS RECOVERY NETWOR     UNSECURED      NOT FILED           .00            .00
ASSET ACCEPTANCE LLC         UNSECURED         211.95           .00            .00
CFC FINANCIAL/COLLECTION     UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING      UNSECURED        5910.00           .00            .00
CREDIT MANAGEMENT INC        UNSECURED      NOT FILED           .00            .00
H&F LAW                      UNSECURED      NOT FILED           .00            .00
ILLINOIS COLLECTION SERV     UNSECURED      NOT FILED           .00            .00
ILLINOIS COLLECTION SERV     UNSECURED      NOT FILED           .00            .00
ILLINOIS COLLECTION SERV     UNSECURED      NOT FILED           .00            .00
LELAND SCOTT & ASSOC         UNSECURED      NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS      UNSECURED      NOT FILED           .00            .00
NCO MARLIN                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                     UNSECURED         250.00           .00            .00
GMAC                         UNSECURED       10616.73           .00            .00
ASSET ACCEPTANCE LLC         UNSECURED         612.93           .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY     3,484.00                       744.00
TOM VAUGHN                   TRUSTEE                                         56.00
DEBTOR REFUND                REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              800.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              744.00

                PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08475 NIKITA A SMITH
```

```
TRUSTEE COMPENSATION                                              56.00
DEBTOR REFUND                                                       .00
                                         ----------------  ----------------
TOTALS                                           800.00            800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 07/23/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 08475 NIKITA A SMITH